## BOARD OF COUNTY COMMISSIONERS OF ST. JOSEPH COUNTY ET AL. v. NEVINS.

[No. 26,954. Filed May 17, 1938. Rehearing denied July 13, 1938.]

*James A. Ross, Harry T. Ice, Matson, Ross, McCord & Clifford, J. Clifford Potts, George L. Rulison* and *Albert L. Doyle,* for appellants.

*Lewis Hammond, Walter R. Arnold* and *Herbert J. Patrick,* for appellee.

PER CURIAM—Appellee brought this action for additional salary due him as clerk of the St. Joseph Circuit Court for the years 1930, 1931 and 1932. From the judgment in favor of appellee and against appellants, appellants appealed. Questions presented on this appeal are identical with those in the case of *Crowe* v. *Board of County Commissioners of the County of St. Joseph,* number 26,955, decided this term. Upon authority of that case the judgment is affirmed.